# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of June, two thousand seventeen.

Before:     Rosemary S. Pooler,
                  *Circuit Judge.*

_____

United States of America,

    Appellee,

v.

Sean Stewart,

    Defendant - Appellant.

_____

**ORDER**

Docket No. 17-593

Appellant filed an unopposed motion to waive the requirement to file a redacted version of Appendix Volume IV.

IT IS HEREBY ORDERED that the motion is GRANTED.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

